IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT WILLIS, JR.                                                    PLAINTIFF

v.                              No. 5:12-cv-101-DPM

SHELTER MUTUAL INSURANCE COMPANY                 DEFENDANT

ORDER

Willis's motion to withdraw his motion to deem certain facts admitted is granted. Motion, *Document No. 31*, granted; motion, *Document No. 25*, withdrawn. The Court appreciates the parties' papers on jurisdiction. Willis's motion to dismiss, *Document No. 32*, is denied for the reasons explained in Shelter's brief, *Document No. 30*, and based on the *Schubert* precedent. Without making any comment on the merits, or on whether the parties should mediate, the Court concludes that, given the amount now in controversy, the parties should consider the possibility of mediation sooner rather than later — before spending more time and effort in preparing the case for motions and trial. Final Scheduling Order, *Document No. 9*, amended: request for settlement conference due by 31 December 2012.

So Ordered.

*[signature]* 4 December 2012
D.P. Marshall Jr.
United States District Judge