IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT WILLIS, JR.**                                                              **PLAINTIFF**

v.                              No. 5:12-cv-101-DPM

**SHELTER MUTUAL INSURANCE COMPANY**                       **DEFENDANT**

JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2013